## DRENNAN ET AL. v. GRAHAM ET AL.

1. **Railroads**: TAX IN AID OF: FORFEITURE BY ALIENATION OF ROAD: INJUNCTION. *Manning v. Mathews*, 66 Iowa, 675, followed.

*Appeal from Mahaska Circuit Court.*

TUESDAY, OCTOBER 20.

ACTION in equity to enjoin the collection of a tax voted in aid of the construction of the New Sharon, Coal Valley & Eastern Railroad. Decree for the plaintiffs, and the defendants appeal.

*G. W. Lafferty* and *R. A. Sankey*, for appellants.

*L. C. Blanchard* and *Geo. C. Morgan*, for appellees.

SEEVERS, J.—The facts in this case are the same as in *Manning v. Mathews*, 66 Iowa, 675, and therefore this case must be

AFFIRMED.